IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EDWIN WAYNE JOYCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANGELA MOORE, HENRY ROGERS, ) | |
| JR-SR., YVONNE CRAVEN, CAROL ) | |
| BRAY, CYLDE ANDREWS, LISA ) | |
| WINDHAM, BILLY COLLINS, ) | |
| ANTHONY COLLINS, BETTY DUNN ) | |
| PUGH, COMMISSIONER RICHARD ) | |
| K. PUGH, ALAN V. PUGH, ) | |
| ROBERTA WOOD CRAVEN, JUDGE ) | |
| WILLIAM Z. WOOD, SR-JR., ) | |
| L.T. HAMMOND, JR-SR., JUROR ) | |
| JANE FOX RICH, JAMES FOX, ) | |
| her father USDCED, NORMA ) 1:23-cv-181 | |
| ARTHES, PHYLLIS LARVER, ) | |
| LARRY ORNDUFF, RUSSEL COX, ) | |
| DEBORAH MADDIN, CATHERINE ) | |
| BEANE, CATHERINE EAGELS, ) | |
| CLERK LAURA W. GALLIMORE, ) | |
| PRISON PLAN INMATE MARK ) | |
| WILSON, WARDEN GRAY, WARDEN ) | |
| BRAY, GRAND JURORS OF RANDOLPH ) | |
| COUNTY, connected to above ) | |
| Party, SHERIFFS DEPT., DEPT OF ) | |
| SOCIAL SERVICES, THEODORE B. ) | |
| PUGH, BILL MCCASKILL, SGT B ) | |
| ABBI SELLMAN, LT WAYMOND V. ) | |
| PUGH, PUGH LAW ENFORCEMENT ) | |
| CENTER SHERIFFS, and BOARD ) | |
| OF COMMISSIONERS, not Richard ) | |
| Petty nor wife, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 6, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636. However, Plaintiff submitted a letter request to drop all his lawsuits.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted. In light of adopting the Recommendation and dismissing this action without prejudice, Plaintiff's letter request to drop all his lawsuits will be denied as moot.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action be filed, and is hereby, **DISMISSED** sua sponte without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Order and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's letter request to drop all his lawsuits, (Doc. 4), is **DENIED AS MOOT.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

- 2 -

This the 9th day of March, 2023.

                                               /s/ William L. Osteen, Jr.
                                               United States District Judge

- 3 -

Case 1:23-cv-00181-WO-LPA   Document 5   Filed 03/09/23   Page 3 of 3